[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-13946
Non-Argument Calendar
_____

D.C. Docket No. 1:11-cr-00264-AT-JFK-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROGELIO RAMIREZ-SOLORIO,
a.k.a. Rojo,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(November 25, 2014)

Before HULL, ROSENBAUM and BLACK, Circuit Judges.

PER CURIAM:

James Howard, appointed counsel for Rogelio Ramirez-Solorio, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ramirez-Solorio's conviction and sentence are **AFFIRMED**.